UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DONALD JAMES ZYPH,<br><br>    Defendant. | No. 1:16-cr-02078-SAB-1<br><br>**ORDER DISMISSING INDICTMENT** |

The Court held a hearing in this matter on May 10, 2017. The Government was represented by Thomas Hanlon. Defendant Zyph was represented by Robin Emmans. The Government orally moved to dismiss the Indictment charging Defendant with three counts of Distribution of Methamphetamine in violation of 18 U.S.C. § 841(a)(1), (b)(1)(B)(viii). At the hearing, the Court granted the Government's motion to dismiss the Indictment.

//
//
//
//
//
//
//
//

**ORDER DISMISSING INDICTMENT** + 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The Government's oral motion to dismiss the Indictment is **GRANTED**.

2. The Indictment filed against Defendant Zyph, ECF No. 1, filed on October 12, 2016, is **DISMISSED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 10th day of May, 2017.



Stanley A. Bastian
United States District Judge

**ORDER DISMISSING INDICTMENT** + 2